UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

STRIKE 3 HOLDINGS, LLC, a limited liability company,

        Plaintiff,

v.                                                                             Case No. 19-cv-142-SPC-MRM

JOHN DOE subscriber assigned IP address 174.63.150.232, an individual,

        Defendant.

## UNOPPOSED MOTION FOR DILLON J. AMBROSE TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 2.02(a) of the United States District Court for the Middle District of Florida, the undersigned respectfully moves for admission *pro hac vice* of Dillon J. Ambrose of Davis & Kuelthau, s.c., 1400 East Kilbourn Avenue, Suite 1400, Milwaukee, Wisconsin 53202 for purposes of appearance in this case as co-counsel for Defendant John Doe Subscriber, and states as follows:

1. In accordance with Local Rule 2.02(a), a Special Admission Attorney Certification form and payment of the requisite fee are being submitted to the Clerk of the Court simultaneously herewith, as well as the filing of a Written Designation and Consent-to-Act by Non-Resident Attorney. These documents are incorporated herein by reference.

2. Dillon J. Ambrose is an attorney licensed in the State of Wisconsin and has been a member in good standing of the State Bar of Wisconsin since 2002.

3. Dillon J. Ambrose was also admitted to practice before the United States District Court for the Eastern District of Wisconsin in 2002, the Western District of Wisconsin in 2011,

the Central District of Illinois in 2012, the United States Court of Appeals for the Seventh Circuit in 2012, the Court of Appeals for the Armed Forces in 2004, the Navy-Marine Corps Court of Criminal Appeals in 2007, and the United States Supreme Court in 2009.

4. Benjamin G. Lopez, an attorney in Banker Lopez Gassler, P.A.'s Tampa, Florida office, has been designated as local counsel for Defendant. Mr. Lopez is qualified to practice in this Court and consents to designation as local counsel.

5. Dillon J. Ambrose has never been disbarred and is not currently suspended from the practice of law in the State of Florida or any other state, nor from any United States District Court, Bankruptcy Court, or Court of Appeals.

6. Dillon J. Ambrose is familiar with and shall be governed by the local rules of this Court, the rules of professional conduct, and all other requirements governing the professional members of the Florida Bar.

WHEREFORE, pursuant to Local Rule 2.02(a), Defendant John Doe Subscriber and undersigned counsel respectfully request Dillon J. Ambrose's special admission to practice in this case.

## M.D. Fla. Local Rule 3.01 (g) Certification Requirement

Counsel for Defendant and Plaintiff conferred on May 15, 2019 regarding the issues presented in this motion and counsel for Plaintiff have no objections to the relief sought.

| | |
|---|---|
| Dated:  May 16, 2019 | BANKER LOPEZ GASSLER P.A. |
| | |
| | *s/ Benjamin G. Lopez* |
| | Adam S. Kantor |
| | Florida Bar No.: 157643 |
| | Benjamin G. Lopez |
| | Florida Bar No.: 0117532 |
| | *Attorneys for John Doe Subscriber* |
| | 501 E. Kennedy Blvd. |
| | Suite 1700 |
| | Tampa, FL 33602 |
| | 813.221.1500 |
| | Primary Service: service-akantor@bankerlopez.com |
| | Secondary Service: service-blopez@bankerlopez.com |
| | |
| | DAVIS & KUELTHAU, SC |
| | |
| | *s/ Dillon J. Ambrose\** |
| | Dillon J. Ambrose |
| | Attorneys for John Doe Subscriber |
| | 111 E. Kilbourn Avenue |
| | Suite 1400 |
| | Milwaukee, WI 53202 |
| | 414.276.0200 |
| | |
| | *\*Pro Hac Vice Admission Pending* |